**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MANZO,<br><br>        Plaintiff,<br><br>   v.<br><br>VISION FUNDING USA,<br><br>        Defendants. | Case No. EDCV 07-311-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice to Plaintiff bringing her claims in a state court of competent jurisdiction.  The Court orders that such judgment be entered.

Dated:  March 26, 2008

                                        VIRGINIA A. PHILLIPS
                                  United States District Judge